```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19347
   JOHN V ANKUS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2765


---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/28/08 .

     2.  The case was dismissed without confirmation, 09/12/2008.

---------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------

         Summary of disbursements:
---------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00          .00
PRINCIPAL PAID          .00        .00         .00         .00          .00
INTEREST PAID           .00        .00         .00         .00          .00
TOTAL PAID              .00        .00         .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 12/18/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 08 B 19347 JOHN V ANKUS
```